Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL PEREZ,<br><br>       Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 3:17-cv-01238-CAB-BGS<br><br>**Plaintiff's Notice of Dismissal** |

NOTICE IS HEREBY GIVEN THAT:

Plaintiff dismisses the entire action with prejudice pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(A)(i).

Dated: September 22, 2017

                                           /s/  Jeremy S. Golden_____
                                          Jeremy S. Golden,
                                          Attorney for Plaintiff